**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. d/b/a ABC SUPPLY CO., INC., | : Civ. Act. No.<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>: |
| THE HELPING COMPANY LLC, TRAVIS R. FREES and TIMOTHY HARLEY, | :<br>:<br>: |
| Defendants. | :<br>: |

## <u>COMPLAINT</u>

Plaintiff American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc. ("<u>Plaintiff</u>"), by and through its attorney, the Law Offices of Scott H. Bernstein LLC, files the instant Complaint against defendants The Helping Company LLC, Travis R. Frees and Timothy Harley (collectively, "<u>Defendants</u>") and in support thereof, avers as follows:

## <u>NATURE OF THIS ACTION</u>

1. Plaintiff brings this action against defendant The Helping Company LLC for its failure to pay for goods which were ordered from Plaintiff and provided by Plaintiff to defendant The Helping Company LLC for use in its construction business. Plaintiff also brings this action to enforce a personal guaranty given to Plaintiff by defendants Travis R. Frees and Timothy Harley.

## <u>PARTIES, JURISDICTION AND VENUE</u>

2. Plaintiff is a foreign corporation organized and existing under the laws of the State of Delaware with a principal place of business located at 1 ABC Parkway, Beloit, Wisconsin 53511.

3.     Plaintiff is authorized to do business in the Commonwealth of Pennsylvania and is engaged in the business of supplying roofing, siding, windows and other select exterior and interior building products for use in the construction industry.

4.     Defendant The Helping Company LLC is a domestic limited liability company with a registered office located at 306 N. Kenhorst Blvd, Reading, Pennsylvania 19607.

5.     Defendant Travis R. Frees is a citizen of the Commonwealth of Pennsylvania and resides at 281 N. Church Street, Mohnton, Pennsylvania 19540.

6.     Upon information and belief, defendant Timothy Harley is a citizen of the Commonwealth of Pennsylvania.

7.     Defendant Travis R. Frees is an owner of defendant The Helping Company LLC.

8.     Defendant Timothy Harley is an owner of defendant The Helping Company LLC.

9.     The United States District Court for the Eastern District of Pennsylvania has jurisdiction over this action under 28 U.S.C. § 1332 because the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs, and this action is between citizens of different states.

10.     Venue is proper under 28 U.S.C. § 1391(b) because the United States District Court for the Eastern District of Pennsylvania is the judicial district in which a substantial part of the events or omissions giving rise to the claims occurred.

### FACTS COMMON TO ALL COUNTS

11.     On June 11, 2019, defendant The Helping Company LLC opened a credit account with Plaintiff by submitting a Credit Application.

12.     Defendants Travis R. Frees and Timothy Harley executed the Credit Application on behalf of defendant The Helping Company LLC.

2

13. By submitting an executed Credit Application to Plaintiff, defendant The Helping Company LLC agreed to be bound by Plaintiff's Credit Agreement and Plaintiff's Purchase Agreement Terms and Conditions of Sale and acknowledged receipt of same.

14. Attached hereto as **Exhibit 1** is a true and correct, but redacted, copy of the Credit Application that defendant The Helping Company LLC submitted to Plaintiff.

15. Attached hereto as composite **Exhibit 2** is a clean, more legible copy of the form of the Credit Application utilized by defendant The Helping Company LLC and true and correct copies of Plaintiff's Credit Agreement and Plaintiff's Purchase Agreement Terms and Conditions of Sale.

16. Section 3 of the Credit Application (the "Personal Guaranty"), entitled "Your personal guaranty," states as follows:

**Continuing Guaranty**

I (we) the undersigned understand that the information furnished you is for the purpose of obtaining credit from your company, that I am (we are) authorized, in my (our) capacity, to bind my (our) company accordingly. I (we) the undersigned, hereinafter referred to as guarantors, do jointly, severally, and unconditionally guarantee and promise to promptly pay when due any and all indebtedness of Buyer to ABC, together with any late payment charge that may accrue thereon, regardless of how such indebtedness is incurred, whether such indebtedness is direct or indirect, absolute or contingent, due or to become due, or exists now or arises hereafter. In addition, the Guarantor(s) agree to pay all costs of collection, legal expenses and attorney's fees paid or incurred by ABC in the collection of Buyer's indebtedness and in enforcing this Continuing Guaranty. The foregoing indebtedness, principal, interest, costs, expenses and fees are hereinafter called the "Indebtedness." Each undersigned guarantor agrees to be bound by ABC's Terms and Conditions of Continuing Guaranty.

Each undersigned personal guarantor, recognizing that his or her individual credit history may be a necessary factor in the evaluation of this Continuing Guaranty, hereby consents for and authorizes ABC to obtain and use consumer credit reports for each undersigned, from time to time as may be needed to evaluate the credit of Buyer and/or undersigned.

17. Defendant Travis R. Frees signed section 4 of the Credit Application.

3

18.    Defendant Timothy Harley signed Section 4 of the Credit Application.

19.    By signing section 4 of the Credit Application, entitled "Guarantors sign here," defendants Travis R. Frees and Timothy Harley personally guaranteed the payment of the goods that defendant The Helping Company LLC acquired from Plaintiff on credit.

20.    Defendant The Helping Company LLC requested that Plaintiff furnish goods for its use on or in its projects for which it had been hired as a contractor.

21.    At the request of defendant The Helping Company LLC, Plaintiff sold and provided to defendant The Helping Company LLC goods of the kinds and quantities ordered by defendant The Helping Company LLC for use on or in its projects.

22.    Defendant The Helping Company LLC received and accepted the goods which Plaintiff sold and provided to defendant The Helping Company LLC.

23.    After each sale of the goods provided to defendant The Helping Company LLC, Plaintiff issued an invoice to defendant The Helping Company LLC for the goods in accordance with the General Terms and Conditions set forth in the Credit Agreement.

24.    Pursuant to Section 1 of the General Terms and Conditions of the Credit Agreement, defendant The Helping Company LLC agreed to pay each invoice in full in accordance with the terms of the invoice and to pay monthly late payment charges at the rate of one and a half percent (1.5%) per month on any amount extended by Plaintiff as credit and that was not paid in a timely manner.

25.    Pursuant to Section 2 of the General Terms and Conditions of the Credit Agreement, defendant The Helping Company LLC agreed to pay Plaintiff's costs of collection, including attorneys' fees and costs incurred by Plaintiff.

26.    Pursuant to Section 3 of the Credit Application and the General Terms and Conditions of the Guaranty Agreement, defendants Travis R. Frees and Timothy Harley agreed to pay Plaintiff's costs of collection, legal expenses, and attorneys' fees paid or incurred by Plaintiff in the collection of defendant The Helping Company LLC's indebtedness owed to Plaintiff and in enforcing the Personal Guaranty given by defendants Travis R. Frees and Timothy Harley to Plaintiff.

27.    By April 30, 2026, defendant The Helping Company LLC owed the sum of $143,393.73 to Plaintiff on account of goods in the amount of $130,853.59 provided by Plaintiff and late payment charges in the amount of $12,540.14 that were incurred through April 30, 2026.

28.    Attached as **<u>Exhibit 3</u>** hereto is a true and correct, but redacted, copy of Plaintiff's Statement dated May, 1, 2026, for defendant The Helping Company LLC's credit account that summarizes and lists open invoices for goods and late payment charges that have not been paid by defendant The Helping Company LLC (the "<u>Unpaid Invoices</u>") and certain credit memoranda issued by Plaintiff to defendant The Helping Company LLC.

29.    Defendant The Helping Company LLC received and retained the Unpaid Invoices without objection or dispute within a reasonable period of time under the circumstances.

30.    In addition to the sum of $143,393.73 due and owed by Defendants to Plaintiff for goods and late payment charges as reflected in the list of Unpaid Invoices, late payment charges at the rate of one and a half percent (1.5%) per month continue to accrue on the principal balance of $130,853.59 for unpaid goods on and after May 1, 2026.  The per diem late payment charge is $64.54 for each day on and after May 1, 2026.

31.    Notwithstanding Plaintiff's demand for payment from Defendants of the amounts that are due and owed under the Credit Agreement and the Personal Guaranty, Defendants have

failed and refused and continue to fail and refuse to make payment of the amounts that are due and owed to Plaintiff.

## COUNT I – BREACH OF CONTRACT
(Plaintiff v. Defendant The Helping Company LLC)

32.    Plaintiff repeats, realleges and incorporates by reference the allegations contained in paragraphs 1 through 31 of this Complaint as if such allegations were set forth at length herein.

33.    At all times relevant to this Complaint, Plaintiff performed its obligations to defendant The Helping Company LLC under the Credit Agreement and fulfilled all conditions precedent to payment.

34.    At all times relevant to this Complaint, defendant The Helping Company LLC was responsible for payment of Plaintiff's invoices resulting from Plaintiff providing goods to defendant The Helping Company LLC under the Credit Agreement.

35.    By refusing and failing to pay for the goods provided by Plaintiff, defendant The Helping Company LLC has breached the Credit Agreement between Plaintiff and defendant The Helping Company LLC.

36.    At all times relevant to this Complaint, defendant The Helping Company LLC was responsible for payment of Plaintiff's invoices for late payment charges.

37.    By refusing and failing to pay Plaintiff's invoices for late payment charges, defendant The Helping Company LLC has breached the Credit Agreement between Plaintiff and defendant The Helping Company LLC.

38.    As of April 30, 2026, the amount owed by defendant The Helping Company LLC to Plaintiff is $143,393.73, inclusive of late payment charges incurred through April 30, 2026.

**WHEREFORE**, plaintiff American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc., respectfully requests that judgment be entered in its favor and against defendant The Helping Company LLC in an amount not less than $143,393.73, plus prejudgment interest at the rate of one and a half percent (1.5%) per month on and after May 1, 2026 through the date of entry of judgment and post-judgment interest at the maximum rate allowed by law, costs of collection including reasonable attorneys' fees and costs incurred, and such other and further relief as the Honorable Court deems just and proper.

## COUNT II – BREACH OF THE PERSONAL GUARANTY
(Plaintiff v. Defendant Travis R. Frees)

39.     Plaintiff repeats, realleges and incorporates by reference the allegations contained in paragraphs 1 through 38 of this Complaint as if such allegations were set forth at length herein.

40.     Defendant The Helping Company LLC has defaulted under the Credit Agreement and, as a result, defendant Travis R. Frees is now obligated to fulfill his obligations to Plaintiff pursuant to his Personal Guaranty.

41.     Plaintiff has demanded payment from defendant Travis R. Frees, but he has not made a single payment to Plaintiff on account of the amount due and owed by defendant The Helping Company LLC to Plaintiff under the Credit Agreement.

42.     As of April 30, 2026, the amount owed by defendant Travis R. Frees to Plaintiff is $143,393.73, inclusive of late payment charges incurred through April 30, 2026.

**WHEREFORE**, plaintiff American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc., respectfully requests that judgment be entered in its favor and against defendant Travis R. Frees in an amount not less than $143,393.73, plus prejudgment interest at the rate of one and a half percent (1.5%) per month on and after May 1, 2026 through the date of entry of

7

judgment and post-judgment interest at the maximum rate allowed by law, costs of collection including but not limited to reasonable attorneys' fees and costs incurred, and such other and further relief as the Honorable Court deems just and proper.

### COUNT III – BREACH OF THE PERSONAL GUARANTY
(Plaintiff v. Defendant Timothy Harley)

43.    Plaintiff repeats, realleges and incorporates by reference the allegations contained in paragraphs 1 through 42 of this Complaint as if such allegations were set forth at length herein.

44.    Defendant The Helping Company LLC has defaulted under the Credit Agreement and, as a result, defendant Timothy Harley is now obligated to fulfill his obligations to Plaintiff pursuant to his Personal Guaranty.

45.    Plaintiff has demanded payment from defendant Timothy Harley, but he has not made a single payment to Plaintiff on account of the amount due and owed by defendant The Helping Company LLC to Plaintiff under the Credit Agreement.

46.    As of April 30, 2026, the amount owed by defendant Timothy Harley to Plaintiff is $143,393.73, inclusive of late payment charges incurred through April 30, 2026.

**WHEREFORE**, plaintiff American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc., respectfully requests that judgment be entered in its favor and against defendant Timothy Harley in an amount not less than $143,393.73, plus prejudgment interest at the rate of one and a half percent (1.5%) per month on and after May 1, 2026 through the date of entry of judgment and post-judgment interest at the maximum rate allowed by law, costs of collection including but not limited to reasonable attorneys' fees and costs incurred, and such other and further relief as the Honorable Court deems just and proper.

## COUNT IV - UNJUST ENRICHMENT/QUANTUM MERUIT
(Plaintiff v. Defendant The Helping Company LLC) (In the Alternative)

47.    Plaintiff repeats, realleges and incorporates by reference the allegations contained in paragraphs 1 through 46 of this Complaint as if such allegations were set forth at length herein.

48.    Plaintiff had an expectation of compensation when providing the unpaid for goods to defendant The Helping Company LLC.

49.    The sum of the reasonable value of the unpaid for goods provided by Plaintiff to defendant The Helping Company LLC is $130,853.59.

50.    Plaintiff conferred a substantial benefit upon defendant The Helping Company LLC by providing defendant The Helping Company LLC with the goods, as aforesaid, and as set forth in the Unpaid Invoices for goods.

51.    Defendant The Helping Company LLC accepted and retained the benefit of the goods provided by Plaintiff.

52.    It is believed and therefore averred that defendant The Helping Company LLC installed the goods on or in the projects for which it had been hired as a contractor.

53.    Under the circumstances, it would be inequitable and unjust for defendant The Helping Company LLC to accept and retain the benefit of Plaintiff's goods without paying Plaintiff for the value of its goods.

54.    By failing to pay for the reasonable value of the goods, defendant The Helping Company LLC has been unjustly enriched in an amount not less than $130,853.59.

**WHEREFORE**, plaintiff American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc., respectfully requests that judgment be entered in its favor and against defendant The Helping Company LLC in an amount not less than $130,853.59, plus prejudgment interest

9

from September 1, 2025 through the date of entry of judgment and post-judgment interest at the maximum rate allowed by law, costs and disbursements incurred, and such other and further relief as the Honorable Court deems just and proper.

## COUNT V – ACCOUNT STATED
(Plaintiff v. Defendant The Helping Company LLC) (In the Alternative)

55.    Plaintiff repeats, realleges and incorporates by reference the allegations contained in paragraphs 1 through 54 of this Complaint as if such allegations were set forth at length herein.

56.    The Unpaid Invoices reflect the balance due to Plaintiff from defendant The Helping Company LLC and were received and accepted by defendant The Helping Company LLC.

57.    The Unpaid Invoices were received and retained by defendant The Helping Company LLC without objection or dispute within a period of time which would be reasonable under the circumstances.

58.    The Unpaid Invoices constitute an account stated.

59.    As of April 30, 2026, the principal amount owed by defendant The Helping Company LLC to Plaintiff is $143,393.73, inclusive of late payment charges incurred through April 30, 2026.

**WHEREFORE**, plaintiff American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc., respectfully requests that judgment be entered in its favor and against defendant The Helping Company LLC in an amount not less than $143,393.73, plus prejudgment interest at the rate of one and a half percent (1.5%) per month on and after May 1, 2026 through the date of entry of judgment and post-judgment interest at the maximum rate allowed by law, costs of

collection including but not limited to attorneys' fees and costs incurred, and such other and further relief as the Honorable Court deems just and proper.

<u>**COUNT VI – ACTION FOR  PRICE**</u>
(Plaintiff v. Defendant The Helping Company LLC) (In the Alternative)

60.     Plaintiff repeats, realleges and incorporates by reference the allegations contained in paragraphs 1 through 59 of this Complaint as if such allegations were set forth at length herein.

61.     As evidenced by the Unpaid Invoices, defendant The Helping Company LLC ordered certain goods on credit from Plaintiff and Plaintiff provided the ordered goods to defendant The Helping Company LLC.

62.     Defendant The Helping Company LLC and its designees accepted delivery of the goods ordered on credit from Plaintiff.

63.     Defendant The Helping Company LLC never notified Plaintiff that it was rejecting the goods ordered on credit from Plaintiff.

64.     Defendant The Helping Company LLC never notified Plaintiff that it was revoking its acceptance of the goods ordered on credit from Plaintiff.

65.     As of April 30, 2026, the principal amount owed by defendant The Helping Company LLC to Plaintiff is $143,393.73, inclusive of late payment charges incurred through April 30, 2026.

**WHEREFORE**, plaintiff American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc., respectfully requests that judgment be entered in its favor and against defendant The Helping Company LLC in an amount not less than $143,393.73, <u>plus</u> prejudgment interest at the rate of one and a half percent (1.5%) per month on and after May 1, 2026 through the date of entry of judgment and post-judgment interest at the maximum rate allowed by law, costs of

collection including but not limited to attorneys' fees and costs incurred, and such other and

further relief as the Honorable Court deems just and proper.

Dated:  May 22 , 2026

<div style="margin-left: 40%;">

LAW OFFICES OF SCOTT H. BERNSTEIN LLC
*Attorney for Plaintiff American Builders & Contractors*
*Supply Co., Inc. d/b/a ABC Supply Co., Inc.*

By: *Scott H. Bernstein*

Scott H. Bernstein, Esquire
Attorney Id. No. 321763
101 Eisenhower Parkway, Suite #300
Roseland, New Jersey 07068
Telephone Number:  (862) 245-2667
scott@scottbernsteinlaw.com

</div>

12

## VERIFICATION

I, Taelor Reinart, do hereby verify that I am a Debt Recovery Analyst at American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc., that I am authorized to make this Verification on its behalf, and that the statements made in the foregoing Complaint are true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S. Code § 1746, I verify under penalty of perjury that the foregoing is true and correct.  Executed in Beloit, Wisconsin on May __22__, 2026.

AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. d/b/a ABC SUPPLY CO., INC.


By: *Taelor Reinart*
    Name:  Taelor Reinart
    Title:  Debt Recovery Analyst