# EXHIBIT 1

## Tell us about your company

**Type of Ownership**

☐ Partnership ☐ Corporation ☐ Proprietorship ☒ LLC (attach list of members)

Trade/Business Name The Helping Company, LLC.
"Buyer"

Address 1 45 Lynrose Circle

**Attach Business Card or Complete**

Address 2 Schwenksville PA 19473
City State Zip

Phone 610-234-2210 Fax

Cell Phone 223-848-1043 Email Travis@theexteriors.com

State Contractors License # (if applicable)

Have you purchased from ABC before? Where Reading, Allentown

Estimated Monthly Purchases $30,000.00 - $40,000.00

**Year Business Started** 2019 **Federal Tax I.D.#** [redacted]

**If Tax Exempt - Attach Certificate** ☐ **Attached**

**Do You Issue a Purchase Order** ☐ **Yes** ☒ **No**

Person to Contact Regarding Accounts Payable: Travis Frees

at Phone 223-848-1043

**Owners and/or Officers Information:**

Name Travis R Frees Title owner / 50%

SSN # [redacted] Address 809 Lakeview Dr.

City Mohnton State PA Zip 19540

Date of Birth [redacted] Berks

Driver's License # [redacted]

Name Timothy Harley Title Owner / 50%

SSN # [redacted] Address 45 Lynrose Circle

City Schwenksville State PA Zip 19473

Date of Birth [redacted] County Montgomery

Driver's License # [redacted]

**Bank Information:**

Name of Bank Bank of America

Address 1833 E. Ridge Pike Phone 610-226-2085
Royersford, PA 19468

**Major Trade References:**

Name Wells Fargo
Address 70 Buckwalter Rd Ste 1150 Limerick PA 19468
Phone 610 948 7400 Fax

Name Lowes Home Improvement
Address 500 Madison Ave Reading PA 19605
Phone 610 939 0100 Fax

Name Home Depot
Address 540 Perkiomen Ave Reading [redacted]
Phone 610 582 7064 Fax

## Agreement:

Buyer authorizes all persons, institutions, organizations, companies and credit reporting agencies to furnish all pertinent information, including commercial and consumer credit reports, requested from time to time by ABC. The undersigned and Buyer, if different, each warrant that the information given is true and no unfavorable information has been omitted. The extension of credit hereunder, the amount of credit and the cancellation or reduction of credit shall be within the sole discretion of ABC. Buyer agrees to be bound by ABC's Credit Agreement and Purchase Agreement and acknowledges receipt of same. Each undersigned individual who is either a partner of the Buyer as credit applicant or a sole proprietorship of the Buyer as credit applicant, recognizing that his or her individual credit history may be a factor in the evaluation of the credit history of the buyer, hereby consents for and authorizes ABC to obtain and use consumer credit reports for each undersigned individual, from time to time as may be needed, to evaluate the credit of Buyer.

## 2. Sign here (acknowledges & agrees to be bound by attached terms & conditions)

Signature [signature] Date 6/11/19

Print Travis Frees & Tim Harley

## 3. Your personal guaranty

Giving us your personal guaranty will speed the process of approving your application.

**Continuing Guaranty**

I (we) the undersigned understand that the information furnished you is for the purpose of obtaining credit from your company, that I am (we are) authorized, in my (our) capacity, to bind my (our) company accordingly. I (we) the undersigned, hereinafter referred to as guarantors, do jointly, severally, and unconditionally guarantee and promise to promptly pay when due any and all indebtedness of Buyer to ABC, together with any late payment charge that may accrue thereon, regardless of how such indebtedness is incurred, whether such indebtedness is direct or indirect, absolute or contingent, due or to become due, or exists now or arises hereafter. In addition, the Guarantor(s) agree to pay all costs of collection, legal expenses and attorney's fees paid or incurred by ABC in the collection of Buyer's indebtedness and in enforcing this Continuing Guaranty. The foregoing indebtedness, principal, interest, costs, expenses and fees are hereinafter called the "Indebtedness." Each undersigned guarantor agrees to be bound by ABC's Terms and Conditions of Continuing Guaranty.

Each undersigned personal guarantor, recognizing that his or her individual credit history may be a necessary factor in the evaluation of this Continuing Guaranty, hereby consents for and authorizes ABC to obtain and use consumer credit reports for each undersigned, from time to time as may be needed to evaluate the credit of Buyer and/or the undersigned.

## 4. Guarantors sign here

Complete Legal Signature [signature]

Name Travis R Frees
First Middle Last

Home Address 809 Lakeview Drive
Mohnton PA 19540
City State

Phone 223-848-1043 SSN # [redacted]

Complete Legal Signature [signature]

Name Tim Harley
First Middle Last

Home Address 45 Lynrose Circle
Schwenksville PA 19473
City State Zip

Phone 717-818-6855 [redacted]

Staff Use

**ABC SUPPLY CO., INC.**

[redacted]te Stephanie Schwingen

Sales# 5027810 Branch# 089