# EXHIBIT 3

ABC Supply Co
1 ABC Pkwy
Beloit, WI 53511
http://www.abcsupply.com
1-877-205-0743

# STATEMENT

| | |
|---|---|
| Customer Number | [redacted] |
| Statement Date | 05/01/26 |
| Total Amount Due | 143,393.73 |

The Helping Company LLC
306 N Kenhorst Blvd
Reading, PA 19607-1440

**Ship To: 0003**
The Helping Company -Shop
306 N Kenhorst Blvd
Reading, PA 19607-1440

| CURRENT | 1-30 Days | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 1,962.83 | 3,187.23 | 4,441.36 | 133,802.31 | 143,393.73 |

| TYPE | INVOICE DATE | INVOICE NUMBER | CUSTOMER PO | GROSS AMOUNT | DISCOUNT AVAILABLE | PAYMENT | NET AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| IN | 09/10/25 | 76339206-001 | 16 NORFOLK LANE | 3,825.01 | | | 3,825.01 |
| IN | 09/11/25 | 76435209-001 | HAAG | 2,004.57 | | | 2,004.57 |
| IN | 09/12/25 | 76474935-001 | MATZ | 121.89 | | | 121.89 |
| IN | 09/15/25 | 75995626-001 | DAVE GLASS WINDO | 290.31 | | | 290.31 |
| IN | 09/15/25 | 76010802-001 | FYPON LOUVER | 135.68 | | | 135.68 |
| IN | 09/26/25 | 76724140-001 | SCHARLANDZA | 84.27 | | | 84.27 |
| IN | 09/29/25 | 76756457-001 | LUCCHESE | 47.34 | | | 47.34 |
| IN | 09/30/25 | 75998047-001 | FRITZINGER | 12,924.18 | | | 12,924.18 |
| FC | 09/30/25 | LATECHG0925_HC27 | | 505.34 | | | 505.34 |
| IN | 10/01/25 | 76606049-001 | MO-1691-2025 | 7,359.88 | | | 7,359.88 |
| IN | 10/01/25 | 76798851-001 | FRITZRINGER | 116.60 | | | 116.60 |
| IN | 10/01/25 | 76815716-001 | . | 162.61 | | | 162.61 |
| IN | 10/02/25 | 76775544-001 | BAUER JOB | 2,470.12 | | | 2,470.12 |
| IN | 10/02/25 | 76775687-001 | FERDERBAR JOB | 1,737.40 | | | 1,737.40 |
| IN | 10/02/25 | 76775733-001 | JOHN HEIM JOB | 385.19 | | | 385.19 |
| IN | 10/02/25 | 76821358-001 | SHOP | 44.52 | | | 44.52 |
| IN | 10/02/25 | 76830377-001 | FERDERBAR | 837.61 | | | 837.61 |
| IN | 10/03/25 | 76310005-001 | PENNYPACKER WIND | 740.07 | | | 740.07 |
| IN | 10/03/25 | 76446071-001 | FIGUEROA | 1,159.69 | | | 1,159.69 |
| IN | 10/03/25 | 76858836-001 | FIGAROUA | 1,068.48 | | | 1,068.48 |
| IN | 10/06/25 | 76698348-001 | MO-1697-2025 | 6,115.08 | | | 6,115.08 |
| IN | 10/09/25 | 76815492-001 | MO-1575-2025 | 4,397.66 | | | 4,397.66 |
| IN | 10/10/25 | 76971320-001 | GINO | 151.85 | | | 151.85 |
| IN | 10/10/25 | 76977634-001 | ZACH | 76.57 | | | 76.57 |
| IN | 10/14/25 | 75997822-001 | CORREAL WINDOW | 430.36 | | | 430.36 |
| IN | 10/14/25 | 77043343-001 | CORELL | 86.92 | | | 86.92 |
| IN | 10/16/25 | 77031244-001 | MO-1721 | 1,472.77 | | | 1,472.77 |
| IN | 10/17/25 | 76939278-001 | MO-1713-2025 | 4,253.75 | | | 4,253.75 |
| IN | 10/20/25 | 76831419-001 | JOHN HEIM | 953.78 | | | 953.78 |
| IN | 10/20/25 | 77133405-001 | MIKE CUPPALA | 506.56 | | | 506.56 |
| IN | 10/20/25 | 77142737-001 | HEIM | 1,749.64 | | | 1,749.64 |
| IN | 10/20/25 | 77144587-001 | BERVILLE VET | 427.15 | | | 427.15 |

TYPE KEY: IN = INVOICE, CM = CREDIT MEMO, CA = CASH ON ACCOUNT, DP = DEPOSIT, CI = CREDIT INVOICE, DM = DEBIT MEMO, FC = LATE CHARGE

**For proper credit, please tear off this remit slip and return with your payment and invoice payment details**

| Statement Date | Total Amount Due | Total Amount Paid |
|---|---|---|
| 05/01/26 | 143,393.73 | |
| **Customer Number** | **Discount Available** | **Discount Taken** |
| [redacted] | 0.00 | |

**Bill To:**
The Helping Company LLC
306 N Kenhorst Blvd
Reading, PA 19607-1440

**Make Checks Payable & Remit To:**
ABC SUPPLY CO
PO BOX 415636
BOSTON, MA 02241-5636

ABC Supply Co
1 ABC Pkwy
Beloit, WI 53511
http://www.abcsupply.com
1-877-205-0743

# STATEMENT

| | |
|---|---|
| **Customer Number** | [redacted] |
| **Statement Date** | 05/01/26 |
| **Total Amount Due** | 143,393.73 |

| TYPE | INVOICE DATE | INVOICE NUMBER | CUSTOMER PO | GROSS AMOUNT | DISCOUNT AVAILABLE | PAYMENT | NET AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| IN | 10/21/25 | 77158062-001 | WARREN | 1,112.29 | | | 1,112.29 |
| IN | 10/22/25 | 77164206-001 | MO-1722-2025 | 1,917.41 | | | 1,917.41 |
| IN | 10/22/25 | 77188383-001 | PICKUP | 436.48 | | | 436.48 |
| IN | 10/23/25 | 76787732-001 | BOURLAND | 803.97 | | | 803.97 |
| IN | 10/23/25 | 77175913-001 | 50 3RD AVE | 3,573.74 | | | 3,573.74 |
| IN | 10/28/25 | 77216150-001 | MO-1723-2025 | 3,270.58 | | | 3,270.58 |
| IN | 10/28/25 | 77269489-001 | MO-1728-2025 | 3,079.27 | | | 3,079.27 |
| IN | 10/29/25 | 76335484-001 | LORI LANE WINDOW | 396.73 | | | 396.73 |
| IN | 10/29/25 | 77220402-001 | MO-1727-2025 | 4,774.85 | | | 4,774.85 |
| IN | 10/29/25 | 77308547-001 | SHOP | 34.09 | | | 34.09 |
| IN | 10/31/25 | 77329901-001 | GROY MARY | 63.07 | | | 63.07 |
| IN | 10/31/25 | 77334658-001 | 2ND MNT RD | 620.10 | | | 620.10 |
| FC | 10/31/25 | LATECHG1025_PT43 | | 590.94 | | | 590.94 |
| IN | 11/03/25 | 76872064-001 | HUFF | 999.53 | | | 999.53 |
| IN | 11/03/25 | 77227770-001 | CIABATONNI | 19.78 | | | 19.78 |
| IN | 11/03/25 | 77296067-001 | 2ND MOUNTAIN ROA | 13,033.44 | | | 13,033.44 |
| IN | 11/03/25 | 77355138-001 | 2ND MNT RD | 24.12 | | | 24.12 |
| IN | 11/04/25 | 77361130-001 | LESSIG | 1,610.13 | | | 1,610.13 |
| IN | 11/04/25 | 77361271-001 | VIEIRA | 843.51 | | | 843.51 |
| IN | 11/04/25 | 77368545-001 | VIEIRA | 82.68 | | | 82.68 |
| IN | 11/04/25 | 77372748-001 | ZIEIRA | 762.25 | | | 762.25 |
| IN | 11/06/25 | 77386100-001 | 25 CAMBRIDGE AVE | 1,622.40 | | | 1,622.40 |
| IN | 11/06/25 | 77407315-001 | JOSE | 96.46 | | | 96.46 |
| IN | 11/10/25 | 77427433-001 | 4 HIDDEN BROOK W | 5,646.09 | | | 5,646.09 |
| IN | 11/11/25 | 77437209-001 | MO-1737-2025 | 4,612.59 | | | 4,612.59 |
| IN | 11/11/25 | 77458096-001 | MECK | 459.83 | | | 459.83 |
| IN | 11/12/25 | 77447069-001 | FICHTER | 617.23 | | | 617.23 |
| IN | 11/13/25 | 77438614-001 | MO-1738-2025 | 1,962.19 | | | 1,962.19 |
| IN | 11/14/25 | 77440608-001 | MO-1739-2025 | 4,093.70 | | | 4,093.70 |
| IN | 11/14/25 | 77499864-001 | SIDDIQI | 38.16 | | | 38.16 |
| IN | 11/14/25 | 77504218-001 | STRINGER | 364.57 | | | 364.57 |
| IN | 11/17/25 | 77522430-001 | BRACKEN | 15.37 | | | 15.37 |
| IN | 11/18/25 | 77147193-001 | HEIM | 429.30 | | | 429.30 |
| IN | 11/18/25 | 77503017-001 | 23 SCHOOL LN | 5,592.44 | | | 5,592.44 |
| IN | 11/18/25 | 77529306-001 | 2ND MT ROAD | 149.25 | | | 149.25 |
| IN | 11/19/25 | 77554374-001 | GRANT | 220.22 | | | 220.22 |
| IN | 11/20/25 | 77503203-001 | 16 PENNWOOD RD | 5,022.88 | | | 5,022.88 |
| IN | 11/20/25 | 77550950-001 | 1432 MOUNT LAURE | 2,808.40 | | | 2,808.40 |
| IN | 11/24/25 | 77566513-001 | 159 W 2ND RD | 2,693.35 | | | 2,693.35 |
| IN | 11/25/25 | 77603755-001 | SMITH | 40.63 | | | 40.63 |
| IN | 11/25/25 | 77605341-001 | 159 W 2ND RD | 159.53 | | | 159.53 |
| IN | 11/26/25 | 76787563-001 | PEGANATO | 885.59 | | | 885.59 |
| FC | 11/30/25 | LATECHG1125_XF68 | | 1,437.26 | | | 1,437.26 |
| IN | 12/03/25 | 77376540-001 | 2ND MOUNTAIN ROA | 2,553.33 | | | 2,553.33 |
| IN | 12/08/25 | 2004826159-001 | SOFFIT | 444.35 | | | 444.35 |
| IN | 12/11/25 | 2004825836-001 | MECKDENIS | 93.28 | | | 93.28 |
| IN | 12/11/25 | 2004826043-001 | 2ND MOUNTAIN ROA | 296.43 | | | 296.43 |
| IN | 12/19/25 | 2005259673-001 | MECK | 116.49 | | | 116.49 |
| FC | 12/31/25 | FC1225-090001568 | | 2,200.42 | | | 2,200.42 |
| CM | 01/07/26 | 2005542004-001 | | (2,500.20) | | | (2,500.20) |
| CM | 01/07/26 | 2005543031-001 | | (2,500.20) | | | (2,500.20) |
| IN | 01/07/26 | 2005581161-001 | CODI | 274.79 | | | 274.79 |
| IN | 01/12/26 | 2005551676-001 | loughmitch | 949.61 | | | 949.61 |
| FC | 01/31/26 | FC0126-090001658 | | 1,936.05 | | | 1,936.05 |
| FC | 02/28/26 | FC0226-090001628 | | 1,944.47 | | | 1,944.47 |
| FC | 03/31/26 | FC0326-090001232 | | 1,962.83 | | | 1,962.83 |

ABC Supply Co
1 ABC Pkwy
Beloit, WI 53511
http://www.abcsupply.com
1-877-205-0743

# STATEMENT

| | |
|---|---|
| **Customer Number** | [redacted] |
| **Statement Date** | 05/01/26 |
| **Total Amount Due** | 143,393.73 |

| TYPE | INVOICE DATE | INVOICE NUMBER | CUSTOMER PO | GROSS AMOUNT | DISCOUNT AVAILABLE | PAYMENT | NET AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| FC | 04/30/26 | FC0426-090001194 | | 1,962.83 | | | 1,962.83 |